# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

# CIVIL RIGHTS COMPLAINT FORM
## TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

MICHELINE HAMMOUDA
,
Inmate # 53922-053 .
(Enter full name of Plaintiff)

vs.

CASE NO: 4:10cv219-RH/wcs
(To be assigned by Clerk)

JOSE FRANCISCO & ASSOCIATES
,
AND
,

HENRY E. MARINES .
(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

## ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

Filed 0528'10 USDC FlnAM1132

I. **PLAINTIFF:**

State your <u>full name</u>, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: MICHELINE HAMMOUDA
Inmate Number: 53922-053
Prison or Jail: FCI, TALLAHASSEE
Mailing address: 501 CAPITAL CIRCLE, NE
TALLAHASSEE,
FL. 32301

II. **DEFENDANT(S):**

State the <u>name</u> of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for <u>every</u> Defendant:

(1) Defendant's name: JOSE FRANCISCO
Official position: PARALEGAL
Employed at: JOSE FRANCISCO & ASSOCIATES
Mailing address: 9100 SOUTH DADELAND BLVD., 15TH FLOOR
MIAMI, FL. 33156

(2) Defendant's name: 
Official position: 
Employed at: 
Mailing address: 

(3) Defendant's name: HENRY EDUARD MARINES
Official position: ATTORNEY
Employed at: 9885 SW 72ND STREET
Mailing address: SUITE A200
MIAMI, FL. 33173

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

6. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. <u>Do not make any legal arguments or cite to any cases or statutes.</u> You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

SEE ATTACHMENT

Micheline Hammouda
53922-053
Federal Correctional Institution
501 Capital Cir. NE
Tallahassee, Florida 32301

March 14, 2010

Federal Bureau of Investigation
935 Pennsylvania Ave., NW
Washington DC 20535

RE: Fraudulent Representation of Federal Inmates

To Whom It May Concern:

The purpose of this letter is to bring to your attention a situation whereas Federal Inmates are being deceived into sending money for fraudulent legal representation.

During March 2009 Jose Francisco referred me to an attorney, Henry Marines at 9485 SW 72nd St. Ste A-200, Miami FL 33173 the telephone number is (305)412-4443. I was in the process of searching for someone to help me approach the agent and prosecutor involved in my case in an effort to provide information of interest to them that I had not originally been willing to share.

Once assured that this matter could be handled by Attorney Marines, I sent him $ 2000.00. After he received the money he started avoiding me and telling me things that turned out not to be true. He never put me in touch with anyone and eventually the Attorney referred me back to Jose Francisco and would no longer take any of my calls.

RE: Fraudulent Representation of Federal Inmates, cont.

It was then obvious to me that these two men were in cahoots in a scam to swindle money from Federal Inmates.

At one point Jose Francisco said that Attorney Marines had spoken with the prosecutor in my case and was told that the case was "too old". Attorney Marine confirmed this, however, when I inquired as to what the name of my prosecutor was (knowing I had never been given an opportunity to divulge this information) the name could not be given to me. This is one example of the many lies I had been told.

There are several other inmates who have sent money to these men in an effort to secure legal representation to no avail. Since telephone conversations of Federal Inmates are recorded, there is proof of the information I am providing in this letter.

My hope is that your office can put a stop to this fraudulent activity. Any assistance you can provide would be greatly appreciated.

Thank you for your attention to this matter.

Sincerely,

Micheline Hammouda
Federal Inmate
32922-053

: Florida Bar Association, Tallahassee FL.
  Better Business Bureau, Arlington VA.

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

Breach of contract - Failure to perform an obligation. Because of that, I suffered emotional pain. They took my money under false pretense and they both lied to me on the phone each time I called. I became aggravated. I have recorded their conversation with help of the prison staff to use as proof.

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

I Requesting a full refund of $2000. I'm also requesting reimbursement of $1000 for filing fee, phone calls and mail correspondence.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

May 26, 2010
(Date)               (Signature of Plaintiff)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☐ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on:
the __26__ day of __May__, 20 _10_.

*Micheline Hammouda*
(Signature of Plaintiff)

Revised 03/07

7

# CERTIFICATE OF SERVICE

This is to certify that I have served a true and correct copy of the foregoing:

CIVIL RIGHTS ACTIONS UNDER 42 U.S.C. § 1983

upon the following addresses, by placing same in a sealed envelope, bearing sufficient postage for delivery via the United States Postal Service, to:

CLERK, U.S. DISTRICT COURT
111 N. ADAMS STREET
SUITE 322
TALLAHASSEE, FLORIDA 32301-7730

and deposited it in the postal box provided for inmates on the grounds of the Federal Correctional Institution, Tallahassee, Florida, 32301, on this 26th day of MAY, 2010.

*Micheline Hammouda*
Signature

Register No. 53922-053
Federal Correctional Institution
501 Capital Circle N.E.
Tallahassee, Florida 32301

Litigation is deemed FILED at the time it was delivered to prison authorities. See Houston v. Lack, 487 US 266, 101 L Ed 2d 245, 108 S Ct 2379 (1988).

Rec'd 0528 10 UsDcFln 4AM 1132